UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Sherry Verchick,                                Plaintiff,

VS.

Court No.: 15-cv-81028-KAM

DCN Holdings, Inc., d/b/a Accounts Receivable,  Defendant.

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Phillip Dennington, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 . Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a Civil Action and Complaint

Defendant to be served: DCN Holdings, Inc.

ADDRESS WHERE ATTEMPTED OR SERVED:  c/o Karla L Brown, 5517 Hansel Ave
                                    Orlando, FL, 32809

I **SERVED** the within named defendant on: 8/3/2015 11:55 AM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with David Smith, (Title): Supervisor , a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 30 **Gender:** Male **Race:** Caucasian **Height:** 5-8 **Weight:** 226-250 **Hair:** Brown **Glasses:** No

Additional Comments:
David Smith advised that there is no Karla Brown working at this business, but he confirmed he is the Supervisor and is authorized to accept service.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on 8/5/2015

Signature of Process Server

Phillip Dennington
Printed Name
Process Server
Title

Notary Public



COLLEEN O'CONNELL
Notary Public - State of Florida
Commission # FF 225863
My Comm. Expires Jun 1, 2019
Bonded through National Notary Assn

Page 1 of 1   File Number: 1DF072815
Reference Number: 3322231
Case Number: 15-cv-81028-KAM
Doc Generated: 08/04/2015 05:04:57:758 PM

610239_3322231_0_23_V4